UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGERY H. WILLIAMS,

    Petitioner,

  v.

G. D. LEWIS, warden,

    Respondent.
                                       /

No. C 11-4922 SI (pr)

**ORDER EXTENDING DEADLINE**

      Petitioner's request for a copy of the "Federal Rules of Procedure for the Northern District of California" is DENIED. (Docket # 4.) There is no document with the exact name petitioner requests. Both the Local Rules of Practice in Civil Proceedings Before The United States District Court For The Northern District of California ("Local Rules") and the Federal Rules of Civil Procedure may be available in the prison law library. If petitioner is attempting to find out the limits on his opposition to the motion to dismiss, he is informed that Local Rule 7-3 requires that the legal brief in opposition to a motion may not exceed 25 pages of text, must be double-spaced, and may only be written on one side of each page of paper. Local Rule 7-3 provides that the deadline for an opposition to a motion is 14 days after the motion is served and filed; however, the court usually sets longer briefing schedules in cases in which there is an unrepresented prisoner as a litigant.

      Petitioner's request for an extension of time to file his traverse is GRANTED. (Docket # 6.) Although he has requested an extension of time to file his traverse, the document he needs to file is an opposition to the pending motion to dismiss. No later than **July 6, 2012**, petitioner

must file his opposition to the motion to dismiss and serve a copy of it on respondent. No later than **August 10, 2012**, respondent must file and serve his reply brief.

IT IS SO ORDERED.

DATED: May 25, 2012

---

SUSAN ILLSTON
United States District Judge