UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGERY H. WILLIAMS, | No. C 11-4922 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| G. D. LEWIS, warden, | |
| Respondent. / | |

This action is dismissed because the petition does not state a claim upon which relief may be granted or, alternatively, because any claim for a constitutional violation became moot upon the restoration of the forfeited time credits.

IT IS SO ORDERED AND ADJUDGED.

DATED: September 10, 2012

SUSAN ILLSTON
United States District Judge